AGO-REG-MA--FOLEY



Severance Statement
05/21/2002

| | | | |
|---|---|---|---|
| Emp No. | 136131 | Title Director: | Account Director |
| Name | William Foley | Date of Hire | 9/18/00 |
| Address | 184 Lamberts Lane | Years of Service | 1 |
| | Cohasset, MA 02025 | Annual Salary | $90,000 |
| | | Division | TND |
| Birth Date | 3/20/57 | Location | Chelmsford |

*You will receive Salary Continuation pay for nine (9) weeks. All regular employee benefits will continue during this period.*

### SEVERANCE PAY

Your official notification period begins on 05/21/2002 and ends on 07/22/2002, the EON Date. In order to receive the Severance Payment summarized below, you must return the signed Agreement by 07/04/2002. You are not eligible for Severance Pay unless the Agreement is signed and returned.

| Weeks | Payment |
|---|---|
| 1.5 | $2,596.15 |

**You must sign the enclosed Confidential Severance Agreement and General Release by 07/04/2002 to receive the Severance Payment.**

### ADDITIONAL PAYMENTS (*)
**(Paid within 10 business day of EON Date)**

213.72 unused vacation hours

### ADDITIONAL OBLIGATIONS (*)
**(Deducted from Severance Payment)**

Any outstanding A/P balances may also be withheld from this check.

*All balances are subject to final verification by Payroll.