184 Lamberts Lane
Cohasset MA. 02025

July 17, 2002

Dear plan administrator,

I am writing to file a formal claim disputing my severance benefit.
I was laid off from Alcatel USA on May 21st, and should have received severance as a Sales Director.
I was a Sales Director during my entire tenure at Astral Point and was never notified by anyone at Alcatel from April 3rd (date of Astral Point acquisition) to May 21st that my status had changed. I should have received Directors severance based on this fact and the fact that two other sales directors from Astral Point performing the same sales role and duties as me received the 26 week director's severance.

I had three phone conversations with Julie Liptak from May 29th-June 20th discussing this matter in an effort to resolve it without costly litigation. On June 20th Julie Liptak informed me that the severance that was applied to me would not change. I also received a formal letter from Julie on June 25th stating the same.
I have documented all conversations and e-mails in this matter and have several company documents to support my case including my original offer letter from Astral Point.
I have attached a copy of my business card with contact numbers and my most recent annual review that was forwarded to Astral Point HR and Jim Lowrie-VP Sales on March 1, 2002. I look forward to your response.

Sincerely


William E Foley.



Cc:
Julie Liptak
Gabriel Dumont; Esquire
Wef.file