UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12126 EFH

* * * * * * * * * * * * * * * * * * *
                                    *
**WILLIAM FOLEY,**                  *
        Plaintiff,          *
                                    *
v.                                  *   **JOINT STATEMENT**
                                    *
**ALCATEL USA, INC.,**              *
        Defendant,          *
                                    *
* * * * * * * * * * * * * * * * * * *

Pursuant to the Court's Notice of Scheduling Conference, the parties in the above-captioned matter, Plaintiff William Foley and Defendant Alcatel USA, Inc., hereby submit this Joint Statement, including the following pretrial discovery and motions plan:

**I. PROPOSED DISCOVERY AND MOTIONS PLAN**

The parties agree on the following pretrial schedule:

Rule 26(a) Automatic Disclosures Served By..................................April 22, 2005

Motions to Amend Pleadings Filed By.............................................April 22, 2005

Designation of Experts By...............................................................August 5, 2005

All Fact Discovery Completed By ..................................................August 19, 2005

Expert Reports Produced By...........................................................September 19, 2005

Expert Depositions Completed By..................................................October 7, 2005

Motions for Summary Judgment Served By*..................................November 7, 2005

*If Experts are not Designated by August 5, 2005,
all Motions for Summary Judgment
Must be Served By.........................................................................September 23, 2005

Pretrial Conference Date..................................................................

Trial Date..................................................................................

## II. ALTERNATIVE DISPUTE RESOLUTION/LOCAL RULE 16.4

The Plaintiff is amenable to engaging in mediation. However, the Defendant believes that mediation may be better suited following the conclusion of fact discovery. A settlement proposal was made to the Defendant, in writing, on March _10_, 2005.

## III. TRIAL BY JUDGE MAGISTRATE

The parties decline to submit to a trial by Magistrate Judge.

## IV. CERTIFICATION

The Certifications required by Local Rule 16.1(D)(3) on behalf of the Plaintiff and Defendant are attached hereto.

For the Plaintiff,
**WILLIAM FOLEY**,
By His Attorney,

_____
Gabriel O. Dumont, Jr.
John D. Burke
Dumont, Morris & Burke
14 Beacon Street
Suite 300
Boston, Massachusetts 02108
(617) 227-7272

For the Defendant,
**ALCATEL USA, INC.**
By Their Attorneys,

_/s/ T. Christopher Donnelly_
T. Christopher Donnelly
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 720-2880

And

_/s/ Sharan Leslie Goolsby_
Sharan Leslie Goolsby
Alcatel North America
3400 West Plano Parkway
M/S 009
Plano, Texas 75075
(972) 519-2547