UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Civil Action No.
04-12126 EFH

2005 MAR 17  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * * * * * *
                                    *
WILLIAM FOLEY,                      *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
ALCATEL USA, INC.,                  *
            Defendant,              *
                                    *
* * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATE**

I, John D. Burke, attorney for the Plaintiff and I, William Foley, the Plaintiff in this matter, have conferred with a view to establishing a budget for the course of conducting this litigation and have considered the alternative dispute resolution programs listed in Local Rule 16.4.

_____ 3-3-2005
William Foley

_____
John D. Burke