EXHIBIT A

**REDACTED**

| Employee Name | Company Job Title | Reports To | Job Code | ALCATEL JOB MAPPING Job Title | Mkt Lvl | Min | Midpnt | Max | Salary | Geo |
|---|---|---|---|---|---|---|---|---|---|---|
| | VP-Marketing | Tim Krause | 200036.0001 | VP Marketing | E19 | 120,674 | 150,843 | 181,011 | | East |
| | Director Product Marketing | Bill Mitchell | 400186.0001 | Dir Marketing/PLM | T62 | 94,870 | 123,330 | 151,790 | | East |
| | Senior Manager PR | Pam Dodge | 800326.0036 | Marketing Manager | 60 | 68,620 | 88,350 | 108,080 | | East |
| | Senior Product Marketing Manager | Pam Dodge | 800334.0005 | Sr Mgr Mktg Communications | 60 | 68,620 | 88,350 | 108,080 | | East |
| | Senior Product Marketing Manager | Pam Dodge | 800334.0005 | PLM Sr Manager II | T60 | 80,570 | 104,740 | 128,910 | | East |
| | Senior Marketing Analyst | Julie Lamphear | 800333.0004 | Marketing Sr Manager I | T59 | 73,240 | 95,220 | 117,190 | | East |
| | Director Corporate Communications | Mark Burnworth | 500053.0001 | Marketing Director | 60 | 68,620 | 88,350 | 108,080 | | East |
| | Public Relations Specialist | Kevin Whalen | 100102.0004 | Marketing Support Clerk | 83 | 27,990 | 34,980 | 41,980 | | |
| | Senior Manager; PR | Rita McCarthy | 800326.0036 | Marketing Manager | 59 | 63,860 | 81,950 | 100,030 | | East |
| | VP-Business Development/International Sales | Raj Shanmugaraj | 203031.2001 | VP Int'l Sales | E21 | 159,676 | 199,595 | 239,514 | | |
| | VP-North American Sales | Raj Shanmugaraj | 203032.3001 | VP Sales | S18 | 130,000 | 190,000 | 250,000 | | |
| | Senior Sales Director - East Region | James Lawrie | 700148.1001 | Account Director Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Senior Director SE-Sales | James Lawrie | 700148.1001 | Account Director Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Account Director | James Lawrie | 700147.1001 | Account Director | S8 | 56,000 | 70,000 | 84,000 | | |
| | Regional VP of Sales: East | Raj Shanmugaraj | 300079.0001 | AVP Sales | S14 | 100,000 | 125,000 | 150,000 | | |
| | Senior Director of Sales: Northeast | James Lawrie | 400061.3001 | Director Sales | S12 | 91,500 | 114,000 | 136,500 | | |
| | Senior Applications Engineer | Jim Lawrie | 800373.0004 | Systems Engineer - Sales Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Director Major Accounts | Jim Lawrie | 400061.3001 | Director Sales | S12 | 91,500 | 114,000 | 136,500 | | |
| | Sales Director KC | Jim Lawrie | 700148.1001 | Account Director Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Director: Applications Engineer | James Lawrie | 800373.0005 | Systems Engineer - Sales Staff | S12 | 91,500 | 114,000 | 136,500 | | |
| | Senior Applications Engineer | James Lawrie | 800373.0004 | Systems Engineer - Sales Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Senior Applications Engineer | James Lawrie | 800373.0004 | Systems Engineer - Sales Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Senior Applications Engineer | James Lawrie | 800373.0004 | Systems Engineer - Sales Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Senior Technical Support Engineer (field eng sr) | John Henderson | 800386.0004 | Field Service Engr Sr | S10 | 80,000 | 100,000 | 120,000 | | |
| | Senior Technical Support Engineer | John Henderson | 800386.0004 | Field Service Engr Sr | 58 | 57,480 | 73,790 | 90,100 | | |
| | Director: TAC | Bill Doherty | 500028.0001 | Sr Mgr CTAC | T61 | 85,080 | 110,610 | 136,130 | | East |
| | Senior Technical Support Engineer | James Lawrie | 800099.0001 | CTAC Engineer Sr | T60 | 57,480 | 73,790 | 90,100 | | East |
| | Senior Technical Support Engineer | John Henderson | 800099.0001 | CTAC Engineer Sr | T60 | 57,480 | 73,790 | 90,100 | | East |
| | Senior Technical Support Engineer | John Henderson | 800099.0001 | CTAC Engineer Sr | T60 | 57,480 | 73,790 | 90,100 | | East |
| | Senior Technical Support Engineer | John Henderson | 800099.0001 | CTAC Engineer Sr | T60 | 57,480 | 73,790 | 90,100 | | East |
| | VP-Customer Services | Bill Doherty | 800267.0005 | Sr Dir Customer Service | 64/65 | 99,800 | 130,270 | 160,740 | | East |
| | Director: Training | Bill Doherty | | Tech Instructor Master | T58 | 66,780 | 86,830 | 106,860 | | East |
| | Director Global Logistics/Alliance Mgmt | | 400057.0301 | Director : Install and Planning | 62 | 48,030 | 68,350 | 108,080 | | East |
| | Senior Manager: Sales Admin. | Phil Bedard | 800204.0003 | Order Mgmt Rep III | 56 | 48,030 | 61,140 | 74,240 | | |
| | Senior Order Administrator | Jane Phaneuf | 100121.0006 | Order Administrator | 84 | 31,390 | 39,230 | 47,080 | | East |