<u>EXHIBIT C</u>

Case 1:04-cv-12126-EFH     Document 22-4     Filed 09/16/2005     Page 1 of 2

**ALCATEL**

June 25, 2002

*Via Federal Express*

Mr. William Foley
184 Lamberts Drive
Cohasset, MA 02025

Re:   *Claim for Severance Benefits*

Dear Bill:

As communicated to you in our phone conversation on June 20, 2002, this is to confirm that I have reviewed your request for additional severance benefits and determined that the level of severance benefits communicated to you on May 21, 2002 is appropriate. You were employed in a sales position as an exempt individual contributor. Therefore, you are not entitled to a director-level severance package. The Severance Benefits Plan sets forth the procedure for you to file a claim under the terms of the Plan if you should choose to do so. If you need a copy of the Plan, please let me know.

Sincerely,

Julie Liptak
Vice President, Human Resources
Alcatel USA

cc:   Toby Todd, Director
      Corporate Benefits