<u>EXHIBIT D</u>

| EMPNO | EMPLOYEENAME | HIREDATE | ActualNotification | TERMDATE | JOBNO | JOBTITLE | SignedRelease | Weeks | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 018296 | REDACTED | 07-Jun-68 | 31-Jan-02 | 07-Apr-02 | 700147 | ACCOUNT DIRECTOR | 20-Mar-02 | 52 | $88,979.90 |
| 033175 | REDACTED | 02-Oct-00 | 31-Jan-02 | 07-Apr-02 | 700147 | ACCOUNT DIRECTOR | 22-Feb-02 | 1.5 | $2,436.41 |
| 019891 | REDACTED | 26-Mar-84 | 31-Jan-02 | 07-Apr-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 20-Mar-02 | 29 | $63,062.70 |
| 020444 | REDACTED | 13-Nov-95 | 31-Jan-02 | 07-Apr-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 20-Mar-02 | 9 | $15,445.22 |
| 020609 | REDACTED | 01-Oct-79 | 31-Jan-02 | 07-Apr-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 26-Apr-02 | 37 | $62,011.70 |
| 034353 | REDACTED | 01-Jun-00 | 04-Feb-02 | 07-Apr-02 | 700147 | ACCOUNT DIRECTOR | 12-Feb-02 | 1.5 | $2,410.67 |
| 001091 | REDACTED | 30-Mar-84 | 31-Jan-02 | 07-Apr-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 12-Feb-02 | 29 | $58,788.57 |
| 033359 | REDACTED | 16-Oct-00 | 31-Jan-02 | 07-Apr-02 | 700147 | ACCOUNT DIRECTOR | 19-Feb-02 | 1.5 | $2,359.19 |
| 021670 | REDACTED | 12-Aug-91 | 31-Jan-02 | 07-Apr-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 12-Feb-02 | 15 | $29,553.54 |
| 074131 | REDACTED | 13-Aug-84 | 31-Jan-02 | 07-Apr-02 | 700147 | ACCOUNT DIRECTOR | 26-Feb-02 | 27 | $41,557.75 |
| 017806 | REDACTED | 31-Aug-98 | 21-May-02 | 22-Jul-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 11-Jun-02 | 4.5 | $8,222.90 |
| 136131 | FOLEY, WILLIAM E | 18-Sep-00 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR |  | 1.5 | $2,596.16 |
| 033707 | REDACTED | 08-Jan-01 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 28-Jun-02 | 1.5 | $2,451.92 |
| 028156 | REDACTED | 13-Dec-99 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 07-Jun-02 | 3 | $4,247.44 |
| 030582 | REDACTED | 03-Apr-00 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 03-Jul-02 | 3 | $4,531.38 |
| REDACTED | MICELLI, DANIEL R | 28-Aug-00 | 21-May-02 | 22-Jul-02 | 400061 | DIR SALES | 15-Jul-02 | 26 | $54,999.98 |
| 032245 | REDACTED | 10-Jul-91 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 11-Jun-02 | 3 | $5,067.97 |
| 030571 | REDACTED | 13-Mar-00 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 17-Jul-02 | 3 | $5,480.77 |
| 027603 | REDACTED | 27-Sep-99 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 24-May-02 | 3 | $4,049.89 |
| REDACTED | PARENTEAU, FREDERICK H | 15-May-00 | 21-May-02 | 22-Jul-02 | 400061 | DIR SALES | 15-Jul-02 | 26 | $62,499.94 |
| 125327 | REDACTED | 29-Jan-01 | 21-May-02 | 22-Jul-02 | 700147 | ACCOUNT DIRECTOR | 11-Jun-02 | 1.5 | $1,947.11 |
| 116998 | REDACTED | 01-Oct-99 | 21-May-02 | 22-Jul-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 09-Aug-02 | 3 | $6,923.08 |
| 021922 | REDACTED | 28-Feb-05 | 21-May-02 |  | 700148 | ACCOUNT DIRECTOR SENIOR | 21-Jun-02 | 33 | $53,942.33 |
| 029926 | REDACTED | 01-Jun-02 | 22-Jul-02 | 23-Sep-02 | 700147 | ACCOUNT DIRECTOR | 05-Sep-02 | 7.5 | $14,423.07 |
| 014821 | REDACTED | 21-Oct-96 | 22-Jul-02 | 23-Sep-02 | 700147 | ACCOUNT DIRECTOR | 07-Aug-02 | 7.5 | $12,222.00 |
| 074800 | REDACTED | 28-Jan-87 | 22-Jul-02 | 23-Sep-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 20-Sep-02 | 23 | $49,507.50 |
| 075028 | REDACTED | 12-Feb-01 | 19-Jul-02 | 23-Sep-02 | 700147 | ACCOUNT DIRECTOR | 26-Sep-02 | 1.5 | $2,509.61 |
| 032489 | REDACTED | 10-Jul-00 | 22-Jul-02 | 23-Sep-02 | 700148 | ACCOUNT DIRECTOR SENIOR | 13-Sep-02 | 3 | $5,994.47 |
| 034463 | REDACTED | 15-Jan-01 | 28-Oct-02 | 29-Dec-02 | 700147 | ACCOUNT DIRECTOR | 11-Nov-02 | 1.5 | $2,163.47 |
| 033846 | REDACTED | 13-Nov-00 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 06-Jan-03 | 3 | $4,326.94 |
| 032783 | REDACTED | 07-Aug-00 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 05-Dec-02 | 3 | $5,013.29 |
| 017430 | REDACTED | 27-Apr-98 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 06-Jan-03 | 6 | $9,976.06 |
| 016499 | REDACTED | 18-May-97 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 05-Dec-02 | 7.5 | $13,964.43 |
| 117735 | REDACTED | 31-Jul-98 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 06-Jan-03 | 12 | $27,692.35 |
| 118183 | REDACTED | 27-Sep-99 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 22-Nov-02 | 4.5 | $14,365.40 |
| 019227 | REDACTED | 28-Aug-67 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 26-Nov-02 | 52 | $92,297.50 |
| 000591 | REDACTED | 05-Jul-83 | 18-Nov-02 | 19-Jan-03 | 400061 | DIR SALES | 18-Dec-02 | 31 | $67,605.17 |
| 032126 | REDACTED | 30-May-00 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 06-Jan-03 | 3 | $4,173.64 |
| 126578 | REDACTED | 19-Feb-01 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR |  | 1.5 | $2,682.69 |
| 019949 | REDACTED | 04-May-98 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 06-Jan-03 | 6 | $8,575.06 |
| 032826 | REDACTED | 14-Aug-00 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 12-Dec-02 | 3 | $5,019.23 |
| 116945 | REDACTED | 18-Oct-99 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 04-Dec-02 | 4.5 | $8,184.56 |
| 002551 | REDACTED | 14-Jul-86 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 06-Jan-03 | 25 | $53,213.50 |
| 020404 | REDACTED | 05-May-75 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 14-Jan-03 | 47 | $77,000.85 |
| 027960 | REDACTED | 22-Nov-99 | 18-Nov-02 | 19-Jan-03 | 400061 | DIR SALES | 06-Jan-03 | 26 | $55,427.94 |
| 032745 | REDACTED | 07-Aug-00 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 05-Dec-02 | 3 | $5,308.15 |
| 116938 | REDACTED | 27-Apr-92 | 18-Nov-02 | 19-Jan-03 | 700147 | ACCOUNT DIRECTOR | 02-Dec-02 | 15 | $27,850.38 |
| 026493 | REDACTED | 29-Mar-99 | 18-Nov-02 | 19-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 13-Feb-03 | 4.5 | $9,390.80 |
| 013378 | REDACTED | 24-Apr-00 | 20-Nov-02 | 21-Jan-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 18-Dec-02 | 6 | $12,527.30 |

| EMPNO | EMPLOYEENAME | HIREDATE | ActualNotification | TERMDATE | JOBNO | JOBTITLE | SignedRelease | Weeks | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 028385 | REDACTED | 02-Nov-98 | 16-Dec-02 | 16-Feb-03 | 700147 | ACCOUNT DIRECTOR | 03-Feb-03 | 6 | $10,354.75 |
| 136130 | REDACTED | 04-Feb-00 | 16-Dec-02 | 16-Feb-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 06-Jan-03 | 4.5 | $10,817.33 |
| 009962 | REDACTED | 07-Oct-94 | 03-Feb-03 | 06-Apr-03 | 400061 | DIR SALES | 20-Mar-03 | 26 | $60,250.11 |
| 027363 | REDACTED | 09-Aug-99 | 17-Mar-03 | 18-May-03 | 700147 | ACCOUNT DIRECTOR | 10-Apr-03 | 4.5 | $7,407.70 |
| 018885 | REDACTED | 14-Jul-80 | 05-May-03 | 06-Jul-03 | 400061 | DIR SALES | 19-May-03 | 37 | $81,187.32 |
| 116953 | REDACTED | 27-Jun-94 | 05-May-03 | 06-Jul-03 | 700147 | ACCOUNT DIRECTOR | 13-May-03 | 13.5 | $24,563.84 |
| 116991 | REDACTED | 03-Jan-94 | 12-May-03 | 13-Jul-03 | 400061 | DIR SALES | 11-Jul-03 | 26 | $54,003.87 |
| 016496 | REDACTED | 18-Aug-97 | 12-May-03 | 13-Jul-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 22-May-03 | 7.5 | $12,783.90 |
| 031657 | REDACTED | 03-Apr-00 | 12-May-03 | 13-Jul-03 | 400061 | DIR SALES | 01-Jul-03 | 26 | $61,338.58 |
| 136002 | REDACTED | 18-Mar-02 | 14-Jul-03 | 14-Sep-03 | 700147 | ACCOUNT DIRECTOR | 29-Aug-03 | 1.5 | $2,307.69 |
| 026809 | REDACTED | 21-Jun-99 | 14-Jul-03 | 14-Sep-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 21-Jul-03 | 6 | $10,604.64 |
| 016452 | REDACTED | 15-Sep-97 | 16-Jul-03 | 16-Sep-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 04-Aug-03 | 9 | $16,025.00 |
| 134702 | REDACTED | 05-Jun-00 | 28-Jul-03 | 28-Sep-03 | 700148 | ACCOUNT DIRECTOR SENIOR | 05-Sep-03 | 4.5 | $9,951.93 |
| 118241 | REDACTED | 01-Jun-98 | 26-Aug-03 | 27-Oct-03 | 700147 | ACCOUNT DIRECTOR | 16-Sep-03 | 7.5 | $10,233.60 |
| 138190 | REDACTED | 01-May-00 | 29-Sep-03 | 30-Nov-03 | 400061 | DIR SALES | 13-Nov-03 | 26 | $52,099.94 |
| 114938 | REDACTED | 06-Apr-98 | 30-Jan-04 | 30-Jan-04 | 700147 | ACCOUNT DIRECTOR | | 7.5 | $13,355.79 |
| 015986 | REDACTED | 02-Jun-97 | 02-Dec-03 | 02-Feb-04 | 700147 | ACCOUNT DIRECTOR | 27-Feb-04 | 9 | $14,790.46 |
| 138765 | REDACTED | 03-Feb-03 | 02-Dec-03 | 02-Feb-04 | 700148 | ACCOUNT DIRECTOR SENIOR | 02-Feb-04 | 1.5 | $3,461.54 |
| 136627 | REDACTED | 06-May-02 | 02-Dec-03 | 02-Feb-04 | 700148 | ACCOUNT DIRECTOR SENIOR | 06-Jan-04 | 1.5 | $3,461.54 |
| 139269 | REDACTED | 02-Jun-03 | 02-Dec-03 | 02-Feb-04 | 700148 | ACCOUNT DIRECTOR SENIOR | 16-Jan-04 | 1.5 | $2,884.62 |
| 116946 | REDACTED | 02-Jan-97 | 02-Dec-03 | 02-Feb-04 | 700148 | ACCOUNT DIRECTOR SENIOR | 08-Jan-04 | 10.5 | $18,950.86 |
| 017649 | REDACTED | 24-Aug-98 | 02-Dec-03 | 02-Feb-04 | 700148 | ACCOUNT DIRECTOR SENIOR | 15-Dec-03 | 7.5 | $15,462.15 |
| 000542 | REDACTED | 26-May-83 | 02-Dec-03 | 02-Feb-04 | 700147 | ACCOUNT DIRECTOR | 15-Jan-04 | 33 | $66,672.67 |
| 021815 | REDACTED | 17-Sep-75 | 04-Dec-03 | 04-Feb-04 | 700147 | ACCOUNT DIRECTOR | 21-Jan-04 | 49 | $78,975.06 |
| 003770 | REDACTED | 10-Oct-88 | 08-Dec-03 | 08-Feb-04 | 700147 | ACCOUNT DIRECTOR | 17-Dec-03 | 23 | $42,990.96 |
| 030280 | REDACTED | 12-May-98 | 12-Jul-04 | 12-Sep-04 | 400061 | DIR SALES | 03-Aug-04 | 26 | $62,499.94 |
| 029300 | REDACTED | 05-Dec-94 | 12-Jul-04 | 12-Sep-04 | 400061 | DIR SALES | 30-Aug-04 | 26 | $57,102.24 |
| 002028 | REDACTED | 07-Jan-85 | 20-Sep-04 | 21-Nov-04 | 400061 | DIR SALES | 28-Oct-04 | 31 | $73,932.64 |
| 005197 | REDACTED | 19-Mar-90 | 22-Dec-03 | 11-Feb-05 | 400061 | DIR SALES | 07-Jan-04 | 26 | $54,901.08 |
| 139653 | REDACTED | 31-Dec-02 | 13-Dec-04 | 13-Feb-05 | 400061 | DIR SALES | 07-Jan-05 | 26 | $59,999.99 |
| 027482 | REDACTED | 13-Sep-99 | 20-Dec-04 | 20-Feb-05 | 400061 | DIR SALES | 13-Jan-05 | 26 | $52,500.03 |
| 029110 | REDACTED | 26-Aug-96 | 03-Jan-05 | 06-Mar-05 | 400061 | DIR SALES | 13-Jan-05 | 26 | $57,102.24 |