EXHIBIT E

c. Bill Foley Severance Issue

Subject: Re: Bill Foley Severance Issue
Date: Thu, 8 Aug 2002 08:38:01 -0400
From: Julie.Liptak@alcatel.com
To: Toby Todd <toby.todd@alcatel.com>

I will fax to you the letter that I sent to him on 6/25 as well as the letter sent to the Plan Administrator on 7/17/02. Attached is a copy of the letter that is referenced in the email just sent to you. Please let me know if you need anything else. Thanks.

Julie Liptak
Human Resources Department
Alcatel USA; Eastern Region
(919) 850-6519

Toby Todd <toby.todd@alcatel.com>

08/07/2002 07:05 PM

To:      Julie.Liptak@alcatel.com
cc:
Subject:   Re: Bill Foley Severance Issue

Julie,

Can you fax or email to me his original letter? What date did he originally write you? Is our response going to be the Plan Administrator's initial denial of his request? I think so. Thanks for the reminder on this one.

Thanks,
Toby

Julie.Liptak@alcatel.com wrote:

> Toby, just going through my list and wanted to remind you that we owe Bill Foley a response on his severance appeal. If you need me to resend the letter he sent to me, please just let me know. Thanks.

Julie Liptak
Human Resources Department
Alcatel USA; Eastern Region
(919) 850-6519

12                                                                                      08/08/2002 7:41 AM

e: Bill Foley Severance issue

| | Name: Bill Foley Severance Denial.doc |
|---|---|
| 📄 Bill Foley Severance Denial.doc | Type: Microsoft Word Document (application/msword)<br>Encoding: base64<br>Download Status: Not downloaded with message |