<u>EXHIBIT F</u>



**Subject: Re: Appeal for William Foley**
**Date: Mon, 7 Oct 2002 11:59:46 -0400**
**From: Julie.Liptak@alcatel.com**
**To: Nancy Krangle <nancy.krangle@alcatel.com>**
**CC: megan.donovan@alcatel.com**

Nancy, Bill's title within Astral Point and Alcatel was Account Director. He never managed people while he was Astral Point or Alcatel. As such, he received the appropriate severance package. His contention has been that since Dan Micelli and Fred Parenteau received Director level packages, he should have had that as well. When I discussed with Megan, she indicated that just because one person received the wrong package, doesn't require us to provide it to others when we know it to be an error.

What I learned when looking into it was that Bill Foley and one other individual reported to Fred Parenteau until April '01 when the other individual was laid off and the org structure was changed to reflect that both Parenteau and Foley reported to the East Coast VP of Sales, Jim Lowrie. At that point in time, Parenteau's title should have been changed to Account Director, but wasn't. The title information that we used to do the severance packages from the Astral Point HR system is shown below. Bottom line, Micelli and Parenteau still had Director level position titles in the system while Foley only had Director in his title, as all other Alcatel Account Directors do. Since Parenteau's title was never changed in '01, he received the director level severance in error.

| Employee Name | Company Job Title |
| --- | --- |
| Foley, William | Account Director |
| Micelli, Daniel | Director: Major Accounts |
| Parenteau, Fred | Senior Director of Sales: NorthEast |
| Daniels, Reggie | Senior Director: SE Sales |
| Battillo, Marilyn | Senior Sales Director - East Region |

```
Here's the eeo information:

William Foley-45 yrs old Caucasian
Dan Micelli-40 yrs old Caucasian
Fred Parenteau-43 yrs old Caucasian
Reggie Daniels-35yrs old African American
Marilyn Battillo-44 yrs old Caucasian
```

Hope this helps. Please let me know if you need additional information.

Julie Liptak
Human Resources Department
Alcatel USA; Eastern Region
(919) 850-6519

---

Nancy Krangle <nancy.krangle@alcatel.com>         To:   Julie LIPTAK <Julie.Liptak@alcatel.com>
                                                  cc:
10/06/2002 05:34 PM                               Subject:   Appeal for William Foley

```
Julie,
I need your input as to the events surrounding the title change and
subsequent RIF of William Foley (former APC employee). He has sent a
2nd appeal for benefits at a Director level under the Severance Plan.
Toby replied to the 1st appeal based on the title in our system.  In
Bill's 2nd appeal, he claims we are being discriminatory in the F.
Parenteau and Dan Micelli both received a Director's package.  If my
understanding is correct, Micelli's package was a mistake, and
Parenteau was a true Director.
```

Please provide me with any information you can, as we will have to take this one to the Benefits Administrative Committee for a final decision. I'll fax you a copy of the latest appeal letter for your information. Thanks for the assistance.

Nancy



Nancy Krangle <nancy.krangle@alcatel.com>
Communications Manager
Corporate Compensation & Benefits