EXHIBIT G



October 28, 2002
Certified Mail, Return Receipt Requested

William Foley
184 Lamberts Lane
Cohasset, MA 02025

Re: Appeal under the Alcatel USA, Inc. Severance Benefits Plan

Dear Mr. Foley:

The Administrative Committee is in receipt of your letter dated August 26, 2002, which was received on September 3, 2002. Your request necessitates the need for the Committee to take an extension of time in responding to your appeal. The Committee will respond as soon as possible but no later than 60 days from today as required by our plan.

Sincerely,

Nancy C. Krangle
Communications Manager, Corporate Compensation & Benefits
On Behalf of the Alcatel USA Administration Committee