UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WILLIAM FOLEY,
          Plaintiff

v.

ALCATEL USA, INC.,
          Defendant.

CIVIL ACTION NO.:
04-12126-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

October 26, 2005

HARRINGTON, S.D.J.

    Upon review of the Plaintiff's Motion to Compel the Production of Documents and the Defendant's Opposition thereto, the Court grants said motion to the following extent: The defendant is required to produce the documents contained in the administrative record pending before the Plan Administrator in the matters of William Foley, Fred Parenteau and Dan Micelli.

    Defendant Alcatel USA, Inc.'s Cross Motion for a Protective Order is denied at this time. The parties are urged to prepare a reasonable Protective Order agreeable to both parties.

    SO ORDERED.

                                            /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge