# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL USA, INC.,<br><br>Defendant. | Case No. 04-CV-12126 EFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, William Foley, having resolved and settled all of his differences with Defendant, Alcatel USA, Inc., hereby *dismisses the above-captioned matter with prejudice*, including any and all claims raised or that could have been raised, with each side to bear its own costs and fees.

|  |  Respectfully submitted, |
|---|---|
| WILLIAM FOLEY | ALCATEL USA, INC. |
| By his counsel, | By its counsel, |
| /s/ John D. Burke | /s/ T. Christopher Donnelly (LLP) |
| John Burke (BBO # 556951)<br>Dumont, Morris and Burke<br>Six Beacon Street<br>Boston, MA 02108<br>(617)227-7272 | T. Christopher Donnelly (BBO # 129930)<br>Donnelly, Conroy & Gelhaar, LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 720-2880<br><br>Sharan Goolsby<br><br>COUNSEL TO ALCATEL USA, INC. |

Dated: November 18, 2005